NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HUAFENG XU,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5016

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00261-MMS, Judge Margaret M. Sweeney.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Appellant moves the court to enter a default judgment and to "take FBI investigation results before entering a judgment by default against appellees."

To the extent that appellant is arguing the merits of his case, those arguments belong in his brief.

Accordingly,

2                                                                          XU v. US


IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s26